B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT
Southern District of Ohio
Cincinnati Division

In re **Alvina Yvonne Rodgers**  Case No. **12-10645**

Debtor(s)  Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>HSBC MORTGAGE SERVICES, INC.</u>   **Court claim no. (if known):** <u>12-1</u>

**Last four digits** of any number **y**ou use to identify the debtor's account: <u>1278</u>   **Date of payment change:** <u>April 11, 2013</u>

**New total payment:** <u>$1,506.63</u>
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☒ Yes. Attach a copy of the escrow account statement, prepared according to applicable non bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: **See Attached**

Current escrow payment:  $ 146.59   New escrow payment:  $ 365.65

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☒ No
☐ Yes. Attach a copy of the rate change notice, prepared according to applicable non bankruptcy law. Describe the basis for the change. If a notice is not attached, explain why: _____

Current interest rate : %   New interest rate: %

Current principal and interest payment: $   New Principal and interest payment: $

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

Reason for change: _____

Current mortgage payment:  $ _____   New mortgage payment:  $ _____

B 10 (Supplement 1) (12/11) Page 2

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.     ☒ I am the creditor's authorized agent.
                         (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, Information, and reasonable belief.


✖ /s/  Karrollanne Cayce                              .          Date   March 2, 2013
    Signature

Print:     Karrollanne Cayce                         .          Title: Agent for Creditor
           First Name    Middle Name    Last Name

Company    Aldridge Connors LLP                      .

           Fifteen Piedmont Center
Address    3575 Piedmont Road, N.E., Suite 500       .
           Number           Street

           Atlanta                    GA     30305   .
           City                       State  Zip Code

Contact phone  1-888-475-3259              Email pmtchangeinquiry@aclawllp.com

IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 12-10645 |
| ALVINA YVONNE RODGERS | : | |
| Debtor(s) | : | CHAPTER: 13 |
| _____ | : | |
| | : | JUDGE: JEFFREY P. HOPKINS |

**Certificate of Service**

     **I hereby certify** that a true and correct copy of the foregoing *Notice of Mortgage Payment Change* was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) by first class U.S. Mail, with adequate postage prepaid to all other interested parties at their addresses shown below:

Alvina Yvonne Rodgers
3266 Drew Drive
Hamilton, OH 45011

L. Joshua Davidson
josh@omdlaw.com

Margaret A. Burks

Office of the US Trustee
36 East Seventh Street
Suite 2050
Cincinnati, OH 45202

Dated: March 2, 2013
                                                          /s/  Karrollanne Cayce
Karrollanne Cayce,  Bar No.:  GA 428978
Aldridge Connors, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (888) 475-3259
Fax: (888) 873-6147

```
HSBC MORTGAGE SERVICES INC      -088
PO BOX 1231
BRANDON              FL 33509-1231


800-333-7023
```

```
ALVINA Y RODGERS                                    YOUR LOAN NUMBER:      1278
3266 DREW DRIVE
HAMILTON             OH 45011-0562
                                                    DATE: 02/06/13
```

```
        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***
PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    04/13 THROUGH    03/14.
            HOMEOWNER'S INS              607.00
            COUNTY TAX                  2558.83

------- ANTICIPATED PAYMENTS FROM ESCROW -   04/13 THROUGH    03/14 -------
         TOTAL PAYMENTS FROM ESCROW    3165.83
         MONTHLY PAYMENT TO ESCROW      263.81 (1/12TH OF ABOVE TOTAL)
------- ANTICIPATED ESCROW ACTIVITY -    04/13 THROUGH    03/14--------
        -ANTICIPATED PAYMENTS-                  -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW    DESCRIPTION    ANTICIPATED        REQUIRED
APR 13    263.81                                    177.61            791.54
MAY 13    263.81                                    441.42           1055.35
JUN 13    263.81                                    705.23           1319.16
JUL 13    263.81                                    969.04           1582.97
AUG 13    263.81      1281.19      COUNTY TAX       -48.34            565.59
SEP 13    263.81                                    215.47            829.40
OCT 13    263.81                                    479.28           1093.21
NOV 13    263.81                                    743.09           1357.02
DEC 13    263.81                                   1006.90           1620.83
JAN 14    263.81                                   1270.71           1884.64
FEB 14    263.81      1277.64      COUNTY TAX       256.88            870.81
MAR 14    263.81       607.00      HOMEOWNER'S  ALP -86.31    RLP     527.62
                   ACTUAL STARTING BALANCE         -694.40            527.73

------------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE -------------
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -1222.13.
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
```

```
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS                0.00.
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
           PRINCIPAL & INTEREST                                  1140.98 *
           ESCROW (1/12TH OF ANNUAL ANTICIPATED                   263.81
              DISBURSEMENTS AS COMPUTED ABOVE)
           PLUS: OPTIONAL INSURANCE PREMIUMS                        0.00
           PLUS: REPLACEMENT RESERVE OR FHA SVC CHG                 0.00
           PLUS: SHORTAGE PAYMENT                                 101.84
           MINUS: SURPLUS CREDIT                                    0.00
           ROUNDING ADJUSTMENT                                      0.00
           MINUS: BUYDOWN/ASSISTANCE PAYMENTS                       0.00

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 04/11/13          1506.63
 *   IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST
     PORTION OF YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH
     YOUR LOAN DOCUMENTS.
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS       527.62.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS         527.62.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
07/12      146.59         08/12      146.59         09/12      1026.13     *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
03/13      607.00  HOMEOWNER'S INS    00/00       0.00
00/00        0.00                     00/00       0.00
00/00        0.00                     00/00       0.00

00/00        0.00                     00/00       0.00
00/00        0.00                     00/00       0.00
```

```
HSBC MORTGAGE SERVICES INC       -088
PO BOX 1231
BRANDON                  FL 33509-1231

800-333-7023


ALVINA Y RODGERS                         YOUR LOAN NUMBER:      1278
3266 DREW DRIVE
HAMILTON                 OH 45011-0562
                                         DATE: 02/06/13
```

\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY \*

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING FEB, 2012 AND ENDING JAN, 2013.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

```
            --- YOUR PAYMENT BREAKDOWN AS OF FEB, 2012 IS ---
                 PRINCIPAL & INTEREST           1153.33
                 ESCROW DEPOSIT                  146.59
                 OPTIONAL INSURANCE                0.00
                 REPLACE RESV/FHA SVC CHG          0.00
                 SHORTAGE                          0.00
                 DEFICIENCY                        0.00
                 SURPLUS                           0.00
                 ROUNDING                          0.00
                 LESS BUYDOWN/ASST PAYMENT         0.00
                 BORROWER PAYMENT               1299.92

         PAYMENTS TO ESCROW   --- PAYMENTS FROM ESCROW ----   -- ESCROW BALANCE --
MONTH    PRIOR PRJ    ACTUAL    PRIOR PRJ    ACTUAL DESCRIPTION   PRIOR PRJ    ACTUAL
FEB 12     146.59         *                  607.00* HOMEOW        1172.76    -437.95
MAR 12     146.59         *       603.00         *                  716.35    -437.95
APR 12     146.59         *                      *                  862.94    -437.95
MAY 12     146.59    248.92*                                       1009.53    -189.03
JUN 12     146.59    146.59                                        1156.12     -42.44
JUL 12     146.59    146.59                 1281.19* COUNTY        1302.71   -1177.04
AUG 12     146.59    146.59      1156.12         *                  293.18 T -1030.45
SEP 12     146.59    146.59                                         439.77    -883.86
OCT 12     146.59         *                                         586.36    -883.86
NOV 12     146.59         *                                         732.95    -883.86
DEC 12     146.59    146.59                                         879.54    -737.27
JAN 13     146.59   -146.59*                1277.64* COUNTY        1026.13   -2161.50 A
```
UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED

```
UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS          293.18. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
      -2161.50.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
01/12      248.92           00/00           0.00          00/00         248.92
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00        0.00                            00/00         0.00
00/00        0.00                            00/00         0.00
00/00        0.00                            00/00         0.00
```