# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### CINCINNATI DIVISION

**In Re**  Alvina Yvonne Rodgers                           **Case No.** 1:12-bk-10645
         Debtor(s)
                                                           **Chapter 13**

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.**  See Bankruptcy Rule 3002-1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | HSBC Mortgage Services, Inc. | **Court claim no.** (if known): | 12 |
| **Last four digits** of any number you use to identify the debtor's account: | xxxxxx1278 | **Date of payment change:** Must be at least 21 days after date of this notice | 03/11/2015 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,409.17 |

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☒ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:**  $281.19    **New escrow payment:**  $268.19

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☒ No
☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why:

**Current interest rate:** _____ %    **New interest rate:** _____ %

**Current principal and interest payment:** _____    **New principal and interest payment:** _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No
☐ Yes    Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

**Reason for change:** _____

**Current mortgage payment:** _____    **New mortgage payment:** _____

## Part 4: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.    ☒ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

/s/ **Andrew Kussmaul**
Signature                                                                              Date    01/23/2015

Print:        **Andrew Kussmaul**                                        Title    Authorized Agent for HSBC Mortgage Services, Inc.
              First Name    Middle Name    Last Name

Company    Buckley Madole, P.C.

Address    14841 Dallas Parkway, Suite 300
              Number            Street

              Dallas, TX  75254
              City        State        ZIP Code

Contact phone    (972) 643-6600        Email    POCInquiries@buckleymadole.com

Certificate of Service

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before January 26 2015.

Debtor's Attorney Information
L. Joshua Davidson
Attorney at Law
8035 Hosbrook Road Suite 200
Cincinnati, Ohio  45236

Debtors Information
Alvina Rodgers
3266 Drew Drive
Hamilton, Ohio 45011

Chapter 13 Trustee Information
Margaret A. Burks
600 Vine Street, Suite 2200
Cincinnati, Ohio 45202

Respectfully Submitted,

/s/ Andrew Kussmaul